UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NICOLE LAWTONE-BOWLES,

                    Plaintiff,

-against-                                  19 **CIVIL** 5786 (PMH)

## JUDGMENT

U.S. BANK NATIONAL ASSOCIATION, As
Trustee, In Trust For The Holders of MLMI Trust
2002-AFC Asset-Backed Certificates, Series 2002-
AFC1 (USBank), et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 19, 2021, Brown's motion to dismiss is GRANTED and the claims for relief against Brown are dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      January 19, 2021

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                          **BY:**    *K. Mango*

                                                    **Deputy Clerk**