UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE LAWTONE-BOWLES,

                Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION, As Trustee, In Trust For The Holders of MLMI Trust 2002-AFC Asset-Backed Certificates, Series 2002-AFC1 (USBank), et al.,

                Defendants.

**ORDER**

19-CV-05786 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff is directed to supplement her motion (Doc. 35) by filing properly with the Court the four documents she sought to file on January 1, 2021. (*Id*. at 10 (identifying four documents)).

Plaintiff must file these documents on or before March 16, 2021.

                            **SO ORDERED:**

Dated:   White Plains, New York
           March 9, 2021

                            _____
                            PHILIP M. HALPERN
                            United States District Judge